[No. 15502–4–I.   Division One.   January 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JASON ERIC RICHTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–02370–0, Anthony P. Wartnik, J., entered October 10, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold and Coleman, JJ.

[No. 15087–1–I.   Division One.   January 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JEROME COOPER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01886–2, Richard M. Ishikawa, J., entered June 19, 1984. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Swanson and Grosse, JJ.

[No. 14502–9–I.   Division One.   January 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LORRENCE ARTHUR FRANSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02830–9, Terrence A. Carroll, J., entered February 22, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold and Coleman, JJ.